IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>JOHN RAY AND SONS, INC.,<br><br>Defendant. | Civil Action No. 04-CV-0774 (KAJ) |

### STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, John Ray and Sons, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

623485v1

| | |
|---|---|
| Dated: July 17, 2006 | THE BAYARD FIRM<br><br>_/s/ M. Augustine_____<br>Neil B. Glassman, Esquire (No. 2087)<br>Ashley B. Stitzer, Esquire (No. 3891)<br>Mary E. Augustine, Esquire (No. 4477)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>- and -<br><br>LOWENSTEIN SANDLER PC<br>Paul Kizel, Esquire<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br><br>Co-Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust<br><br><br>RAWLE & HENDERSON LLP<br><br>_/s/ Delia Clark_____<br>Delia A. Clark (No. 3337)<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, DE 19899<br>Telephone: (302) 778-1200<br>Email: dclark@rawle.com<br><br>Counsel for John Ray and Sons, Inc. |

623485v1

2