## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 17th day of July, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Delia A. Clark, Esquire
*Rawle & Henderson LLP*
300 Delaware Avenue, Suite 1015
P.O. Box 5880
Wilmington, DE 19899

_____
Mary E. Augustine (No. 4477)